

# Fourth Court of Appeals
## San Antonio, Texas

July 20, 2015

No. 04-15-00233-CV

Jeremiah **MARTIN**,
Appellant

v.

**FEDERAL NATIONAL MORTGAGE ASSOCIATION,**
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2015CV01933
Honorable David J. Rodriguez, Judge Presiding

# O R D E R

The clerk's record in this appeal was due on June 8, 2015, but was not filed. On June 11, 2015, this court notified Bexar County Clerk, Mr. Gerard Rickhoff, by letter that he is the clerk responsible for timely filing the clerk's record, and the record had not been filed. Our notice required Mr. Rickhoff to file the record no later than July 13, 2015, unless appellant had failed to pay or make arrangements to pay the fee for preparing the record and is not entitled to the record without paying the fee, in which case Mr. Rickhoff was required to file a notice so advising the court no later than June 22, 2015. We received no response to our letter.

We **ORDER** Bexar County Clerk, Mr. Gerard Rickhoff, to file the record in this court on or before **August 19, 2015**.

We order the clerk of this court to serve a copy of this order on the Bexar County Clerk, Mr. Gerard Rickhoff, and all counsel. Because "[t]he trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed," TEX .R. APP. P. 35.3(c), we also **order** the clerk of this court to serve a copy of this order on the trial court.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of July, 2015.



Keith E. Hottle
Clerk of Court